| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this is an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Endless Possibilities Therapy and Learning, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
46-2614493

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3880 Catalina Street<br>Titusville, FL 32796 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Brevard | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  ep-aba.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor    **Endless Possibilities Therapy and Learning, LLC**        Case number (*if known*) _____
              Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Debtor **Endless Possibilities Therapy and Learning, LLC**  Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Endless Possibilities Therapy and Learning, LLC** _____ Case number (*if known*)_____
    _Name_

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Endless Possibilities Therapy and Learning, LLC**    Case number (*if known*) _____
      Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 26, 2025**
                  MM / DD / YYYY

X **/s/ Sabrina R. De La Fe**    **Sabrina R. De La Fe**
  Signature of authorized representative of debtor    Printed name

Title    **Managing Member**

**18. Signature of attorney**

X **/s/ Daniel A. Velasquez**    Date **June 26, 2025**
  Signature of attorney for debtor          MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone    **(407) 481-5800**    Email address    **dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Endless Possibilities Therapy and Learning, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amber Kelley<br>346 Palm Avenue<br>Cocoa, FL 32922 | | Wage Claim | | | | $3,820.37 |
| Andrea Gollinger<br>2327 Ravel Road SE<br>Palm Bay, FL 32909 | | Wage Claim | | | | $7,183.84 |
| Ascendus<br>25 Broadway, 10th Floor<br>New York, NY 10004 | | Business Debt | | | | $16,112.50 |
| Cecilia LeBlanc<br>3651 Livi Lane<br>Titusville, FL 32780 | | Wage Claim | | | | $7,260.76 |
| Chloe Baxter<br>616 Cross Creek Drive<br>Sebastian, FL 32958 | | Wage Claim | | | | $7,499.48 |
| Deborah Houston<br>260 Jablo Avenue<br>Cocoa, FL 32927 | | Wage Claim | | | | $4,238.47 |
| Dominique Arguez<br>1766 Sophia Drive Unit 104<br>Melbourne, FL 32940 | | Wage Claim | | | | $6,766.38 |
| Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Payroll Taxes from May 14, 2025-June 24, 2025 | | | | $6,806.83 |
| Laura Ortega<br>7501 E Treasure Drive, Apt 5T<br>Miami Beach, FL 33141 | | Wage Claim | | | | $6,215.33 |

Debtor **Endless Possibilities Therapy and Learning, LLC**   Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Leah Pufahl<br>737 Clarke Avenue<br>Melbourne, FL 32935 | | Wage Claim | | | | $3,995.99 |
| Lubys Lopez<br>6911 Environ Blvd, Apt 2K<br>Fort Lauderdale, FL 33319 | | Wage Claim | | | | $3,886.16 |
| Morgan Dotson<br>3428 Joe Murell Drive<br>Titusville, FL 32780 | | Wage Claim | | | | $3,897.50 |
| Patience Vaughan<br>1695 Jamaica Street<br>Titusville, FL 32780 | | Wage Claim | | | | $3,963.75 |
| Patricia Cabrera<br>3440 Dallas Avenue<br>Cocoa, FL 32927 | | Wage Claim | | | | $4,540.00 |
| ReThink<br>49 West 27th Street<br>8th Floor<br>New York, NY 10001 | | Business Debt -Data Platform | | | | $4,044.60 |
| Shantell Jones-Doyle<br>1558 Lombard Street NW<br>Palm Bay, FL 32907 | | Wage Claim | | | | $3,864.90 |
| Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416 | | Business Debt | | | | $13,700.00 |
| Tori Jones<br>5927 Stamford Street<br>Mims, FL 32754 | | Wage Claim | | | | $7,980.05 |
| Tracy Boyd<br>1816 Barrington Circle<br>Rockledge, FL 32955 | | Wage Claim | | | | $9,538.46 |
| United Healthcare<br>PO Box 1459<br>Minneapolis, MN 55440 | | Business Debt-Healthcare Benefits | | | | $5,846.62 |

# United States Bankruptcy Court
## Middle District of Florida

In re: **Endless Possibilities Therapy and Learning, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sabrina R. De La Fe<br>3880 Catalina Street<br>Titusville, FL 32796 | | 100 % | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 26, 2025**

Signature **/s/ Sabrina R. De La Fe**
**Sabrina R. De La Fe**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re **Endless Possibilities Therapy and Learning, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 26, 2025**

**/s/ Sabrina R. De La Fe**  
**Sabrina R. De La Fe**/**Managing Member**  
Signer/Title

Endless Possibilities Therapy and Learning, LLC - - Pg. 1 of 3

| | | |
|---|---|---|
| Endless Possibilities Therapy and Learning, LLC<br>3880 Catalina Street<br>Titusville, FL 32796 | Anuja Griffin<br>2175 Robert J Conlan Blvd NE<br>Apt. 2-303<br>Palm Bay, FL 32905 | Cornelius Jenkins<br>3130 Southgate Drive, Apt 141<br>Rockledge, FL 32955 |
| Daniel A. Velasquez<br>Latham Luna Eden & Beaudine LLP<br>201 S. Orange Avenue<br>Suite 1400<br>Orlando, FL 32801 | Ascendus<br>25 Broadway, 10th Floor<br>New York, NY 10004 | Dailyn Cruz<br>400 NW 112th Ave, Apt 702<br>Miami, FL 33172 |
| Alexis Williams<br>240 Melbourne Avenue<br>Merritt Island, FL 32953 | Ashley Biehl<br>3070 Cirrus Dr, Unit 1436<br>Cocoa, FL 32926 | Deborah Houston<br>260 Jablo Avenue<br>Cocoa, FL 32927 |
| Amber Kelley<br>346 Palm Avenue<br>Cocoa, FL 32922 | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197 | Demonde Roberts<br>500 Harrison Street<br>Titusville, FL 32780 |
| Amtrust<br>59 Maiden Lane<br>New York, NY 10038 | Beam<br>80 E Rich Street, Ste 400<br>Columbus, OH 43215 | Dominick DeTorre<br>295 Lago Cir, Apt 301<br>Melbourne, FL 32904 |
| Anabela Almeida<br>322 Ezra Rd, Oak Hill<br>Oak Hill, FL 32759 | Brittany Thomas<br>1109 W Dania Beach Blvd, Apt 113<br>Dania, FL 33004 | Dominique Arguez<br>1766 Sophia Drive<br>Unit 104<br>Melbourne, FL 32940 |
| Andre Paasewe<br>2314 Monty Lane<br>Rockledge, FL 32955 | Cecilia LeBlanc<br>3651 Livi Lane<br>Titusville, FL 32780 | Erin Pommier<br>2359 Ardon Avenue<br>Orlando, FL 32833 |
| Andrea Gollinger<br>2327 Ravel Road SE<br>Palm Bay, FL 32909 | Cheyenne Wisdom<br>1260 Sandy Lane<br>Titusville, FL 32796 | George Molina<br>15771 SW 42nd Terrace<br>Lakeland, FL 33815 |
| Anna Canales Velliquette<br>1041 Galleon St, Cocoa, FL 32927<br>Cocoa, FL 32927 | Chloe Baxter<br>616 Cross Creek Drive<br>Sebastian, FL 32958 | Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

Endless Possibilities Therapy and Learning, LLC - - Pg. 2 of 3

Gusto Payroll
525 20th Street
San Francisco, CA 94017

Kikora Smith
1025 Solamere Drive, Apt 106
Titusville, FL 32780

Mikayla Campbell
3601 Lione Road
Mims, FL 32754

Idelys De Armas
74 W 26th St, Apt 4
Hialeah, FL 33010

Laura Ortega
7501 E Treasure Drive, Apt 5T
Miami Beach, FL 33141

Morgan Dotson
3428 Joe Murell Drive
Titusville, FL 32780

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Leah Pufahl
737 Clarke Avenue
Melbourne, FL 32935

Nathalie Jordonne
2330 Trail Ridge Court SE
Palm Bay, FL 32909

Isabella Seenath
500 Harrison Street
Titusville, FL 32780

Lisa Stella
1826 S Park Avenue
Titusville, FL 32780

Paige Harazin
420 Polk Avenue
Cape Canaveral, FL 32920

Jada Miller
1081 Sapulpa Road SW
Palm Bay, FL 32908

Lubys Lopez
6911 Environ Blvd, Apt 2K
Fort Lauderdale, FL 33319

Patience Vaughan
1695 Jamaica Street
Titusville, FL 32780

Jasmine Ciru
14 Carmalt Stree, Apt. 108
Cocoa, FL 32922

Marc Medina
3525 State Road 524
Cocoa, FL 32926

Patricia Cabrera
3440 Dallas Avenue
Cocoa, FL 32927

Jessica Reedy
11037 Retreat Avenue
Orlando, FL 32817

Mariah Hairston
1640 Sunny Brook Lane
Palm Bay, FL 32905

ReThink
49 West 27th Street
8th Floor
New York, NY 10001

Jose Mora
3503 Royal Oak Drive
Titusville, FL 32780

Maryimelda Aduaka
3174 SW 129th Way
Hollywood, FL 33027

Sabrina De la Fe
3880 Catalina Street
Titusville, FL 32796

Kendra McManus
649 Timber Trace Lane, Apt. 301
Titusville, FL 32780

Michael Laguerre
2105 Oneta Court
Orlando, FL 32818

Sabrina R. De La Fe
3880 Catalina Street
Titusville, FL 32796

Endless Possibilities Therapy and Learning, LLC - - Pg. 3 of 3

Samaria Pandy
3804 Lake Drive
Cocoa, FL 32926

Tracy Boyd
1816 Barrington Circle
Rockledge, FL 32955

Shantell Jones-Doyle
1558 Lombard Street NW
Palm Bay, FL 32907

Trish Hackbarth
3210 Kirby Drive
Titusville, FL 32796

Shauna Hunt
P.O.Box 238463
Cocoa, FL 32923

Tyra Watson
229 Manth Avenue
Cocoa, FL 32927

Small Business Administration
409 3rd Street SW
Washington, DC 20416

United Healthcare
PO Box 1459
Minneapolis, MN 55440

Tamara Konold
1051 Cascade Circle Apt 102
Rockledge, FL 32955

Veronica Souba
3065 Sea Gate Cir,cle
Merritt Island, FL 32953

Tara Bittmann
265 Willow Avenue
Merritt Island, FL 32953

Wilfine Joseph
1895 Hays Street NW
Palm Bay, FL 32907

The Guardian
10 Hudson Yards
New York, NY 10010

Tia Reis
3895 S Tropical Trail
Merritt Island, FL 32952

Tori Jones
5927 Stamford Street
Mims, FL 32754

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Endless Possibilities Therapy and Learning, LLC**                Case No.
                                      Debtor(s)                Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **10,738.00** |
   | Prior to the filing of this statement I have received | $ **10,738.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 26, 2025** | **/s/ Daniel A. Velasquez** |
| *Date* | **Daniel A. Velasquez 0098158** |
| | *Signature of Attorney* |
| | **Latham Luna Eden & Beaudine LLP** |
| | **201 S. Orange Avenue** |
| | **Suite 1400** |
| | **Orlando, FL 32801** |
| | **(407) 481-5800  Fax: (407) 481-5801** |
| | **dvelasquez@lathamluna.com** |
| | *Name of law firm* |